UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN RENO,

                Plaintiff,

    - against -

COUNTY OF PUTNAM, et al.,

                Defendants.

16 CV 5179 (LMS)

ORDER

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

The parties in this case must notify the Court promptly of their intentions with regard to trial. If the Court is not notified by 1:00 p.m. today, January 17, 2020, whether the trial is going forward then counsel may assume that if the case settles the cost of juror notification and/or the cost associated with bringing in a jury will be split evenly between the parties.

Dated: January 17, 2020
       White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] On April 23, 2019, the parties consented to the undersigned's jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c). ECF No. 61.