# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of　　　　　　　　　　　　　　　　　　　　　　March 30, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

In light of the Court's recent order suspending jury trials until June 1, 2020, the jury trial scheduled for May 11, 2020, at 9:30 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Reno v. County of Putnam, et al.</u>, 16-cv-5179 (LMS), has been *cancelled*.

SO ORDERED: *Lisa Margaret Smith*
Hon. Lisa Margaret Smith
U.S.M.J.

20MC172
District Judge Colleen McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CORONAVIRUS/COVID-19 PANDEMIC<br><br>THIS MATTER RELATES TO: Suspension of Jury Trials Until June 1, 2020, as a Result of Covid-19 and the Limitation of Court Operations | M-10-468 (CM)<br><br>STANDING ORDER |

WHEREAS, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings in the state, encouraged persons in the state to remain home, and ordered the closure of non-essential businesses in response to the spread of COVID-19; and

WHEREAS, the current public health crisis has caused, is causing, and is expected to continue to cause extraordinary disruption throughout this District, including, but not limited to the temporary closure of offices; the imposition of travel restrictions and discouragement of the use of mass transportation; the dislocation of many residents; and disruptions and delays in the use of the mails;

WHEREAS, the Chief Judge of this Court and the Clerk of Court have suspended the calling of new jurors through at least April 27, 2020 and have ordered the entire Jury Unit to remain at home until at least that date; and

WHEREAS it requires a minimum of four weeks to call together a venire panel; and

WHEREAS, the calling and processing of jurors cannot be accomplished remotely; and

WHEREAS, in the current circumstances it is prudent to provide additional time for the assembling of a venire panel, especially as the demand for commencing jury trials is anticipated to exceed normal requirements; and

WHEREAS, judges and parties require guidance concerning the scheduling and/or rescheduling of jury trials, both civil and criminal;

IT IS HEREBY ORDERED, that the conduct of jury trials be and hereby is suspended until June 1, 2020.

Entered at New York, New York on this 27th day of March, 2020

IT IS SO ORDERED.

_____
Chief Judge