UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Reno,

                          Plaintiff,                **ORDER**

          -against-                   16 Civ. 5179 (AEK)

County of Putnam, et al.,

                       Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has reviewed the parties' pretrial submissions, including the proposed Joint

Pretrial Order (ECF No. 104).  While Section 6 of the Court's Individual Practices specifies the

items required by the undersigned in advance of trial, the Court recognizes that the parties

already had prepared and submitted versions of certain documents to Magistrate Judge Smith in

late 2019 and early 2020, and the Court will not require the parties to submit revised jointly

prepared versions of those documents.  Specifically, the Court recognizes that: (i) both parties

have submitted proposed *voir dire* questions (ECF Nos. 74 and 90); and (ii) defendants have

submitted a proposed verdict form (ECF No. 76), and plaintiff has indicated that he has no

objection to this proposed verdict form (ECF No. 89).

       However, while defendants have submitted proposed jury instructions (ECF No. 75), the

Court has not received any proposed jury instructions from plaintiff, despite multiple

opportunities, *see* ECF No. 86, and Minute Entry dated Jan. 10, 2020.  Plaintiff is hereby given

one final chance to submit proposed jury instructions, which he must do by no later than Friday,

February 5, 2021.  In preparing his submission, plaintiff should review defendants' proposed jury

instructions (ECF No. 75), and indicate any proposed instructions to which he does not object.

To the extent there are proposed instructions to which plaintiff does object, plaintiff should state those objections and propose alternate instructions (along with any additional proposed instructions) as appropriate.

Finally, consistent with Section 6.C.3 of the Court's Individual Practices, the parties are directed to provide each other and the Court with a tabbed binder or binders containing courtesy copies of that party's trial exhibits and deposition designations (if any) no later than one week prior to the start of jury selection in this matter.

Dated: January 21, 2021
      White Plains, New York

                      **SO ORDERED.**

                      _____

                      ANDREW E. KRAUSE
                      United States Magistrate Judge