UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Reno,

                        Plaintiff,                    **ORDER**

       -against-                            16 Civ. 5179 (AEK)

County of Putnam et al.,

                        Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As a result of movement in the comprehensive trial calendar for the White Plains courthouse, this case is no longer on "backup" status, and is now scheduled to proceed to trial beginning with jury selection on **Wednesday, March 3, 2021**.  All pretrial deadlines set at the January 11, 2021 status conference and in the Court's January 21, 2021 order (ECF No. 105) remain in place: (i) Plaintiff must submit proposed jury instructions by Friday, February 5, 2021; (ii) an in-person status conference is scheduled for Monday, February 22, 2021 at 11:00 a.m. at the White Plains courthouse; and (iii) the parties must provide each other and the Court with a tabbed binder or binders containing courtesy copies of that party's trial exhibits and deposition designations (if any) no later than one week prior to the start of jury selection in this matter (*i.e.*, by Wednesday, February 24, 2021).

      At the January 11, 2021 status conference, there was discussion about the logistical challenges of having Mr. Reno be present in the courtroom for the trial, and various alternatives for presenting Mr. Reno's testimony (including via videotaped trial deposition or via live video feed, if the Court's technological capabilities would permit).  **On or before February 9, 2021**, the parties must meet and confer, and Plaintiff's counsel must advise the Court by letter filed on

ECF how counsel would prefer to proceed with the testimony of Mr. Reno. This will allow the Court sufficient time to assess the technological options and notify the parties of any potential problems.

In addition, the parties must submit a joint letter **on or before Thursday, February 18, 2021** outlining any issues they would like to address at the final pretrial conference.

Dated: January 29, 2021
       White Plains, New York

                                     **SO ORDERED.**

                                       _____
                                     ANDREW E. KRAUSE
                                     United States Magistrate Judge