UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Reno,

                            Plaintiff,                      **ORDER**

          -against-                              16 Civ. 5179 (AEK)

County of Putnam et al.,

                           Defendants.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       This case is now scheduled to proceed to trial beginning with jury selection on **Wednesday, June 23, 2021**.  This is a **firm trial date** based on numerous scheduling considerations for the use of courtroom and jury selection space in the White Plains courthouse.

       The telephonic status conference currently scheduled for Wednesday, April 28, 2021 at 9:30 a.m. will proceed as scheduled to discuss trial logistics.  Mr. Reno is directed to personally participate in this conference along with counsel, so the Court can be sure that Mr. Reno understands the arrangements that will have to be made for his trial testimony, whether in-person or remote.  There will be **no further adjournments** of this trial date to accommodate Mr. Reno's trial testimony preferences.

       To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the

teleconference as a guest.  Should anyone experience any technical issues with the

teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 5, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge